UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONEALE FEAZELL,<br><br>Defendant. | NO. CR24-181-JHC<br><br>ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO SUPPRESS |

The Court, having reviewed the Stipulated Motion of the Parties regarding a proposed briefing schedule for the Motion to Suppress filed by Defendant Doneale Feazell (Docket No. 19), Dkt. # 21, hereby states that IT IS ORDERED that the motion be granted. The briefing schedule shall be as follows:

1. The government's response to the Defendant's Motion to Suppress should be filed on or before March 7, 2025; and

2. Any reply should then be filed on or before March 11, 2025 and the matter noted for that date.

DATED this 27th day of February, 2025.

*John H. Chun*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE