UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONEALE FEAZELL,<br><br>Defendant. | NO. CR24-181 JHC<br><br>ORDER GRANTING UNITED STATES' MOTION TO FILE OVER-LENGTH BRIEF IN EXCESS OF 4,200 WORDS |

The Court, having reviewed the Motion of the United States to File a Brief in Excess of 4,200 words, Dkt. # 24, hereby enters the following order:

IT IS HEREBY ORDERED that the Motion is GRANTED. The United States may file its Response to Defendant's Motion to Suppress that does not exceed 5,047 words.

DATED this 10th day of March 2025.

*/s/ John H. Chun*
JOHN H. CHUN
United States District Judge

Order Permitting Over-Length Brief - 1
*United States v. Feazell,* CR24-181 JHC