UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR24-181-JHC |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO FILE OVERLENGTH REPLY |
| DONEALE FEAZELL, | |
| Defendant. | |

THE COURT has considered Doneale Feazell's motion to file an overlength reply, Dkt. # 26, along with the records in this case.

IT IS ORDERED that Mr. Feazell's motion is granted. He is permitted to file a reply that is 2,597 words.

DONE this 12th day of March 2025.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JOHN H. CHUN
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE