UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR24-181-JHC |
| Plaintiff, | CR12-141-JHC |
| v. | ORDER TO MODIFY JUDGMENT |
| DONEALE FEAZELL, | |
| Defendant. | |

THE COURT has considered Doneale Feazell's motion to modify the judgments entered in Case No. CR24-181 and CR12-141 along with the records in this case. Given that the Government does not oppose Defendant's first and preferred option as to the motion, the Court does not believe it needs to wait until the noting date to rule.

IT IS ORDERED that Doneale Feazell's judgment in Case No. CR12-141 (Dkt. 90) shall be modified to indicate under term of imprisonment "time served to be followed by a consecutive 32-month sentence in CR24-141," and his judgment in Case No. CR24-181 shall be modified to indicate under term of imprisonment "32 months, to be served consecutive to a sentence in CR12-141."

DATED this 10th day of December 2025.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE