UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR24-181-JHC |
| Plaintiff, | |
| v. | **FINAL ORDER OF FORFEITURE** |
| DONEALE FEAZELL, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture ("Motion") for the following property ("Subject Property"):

1.     One Glock 27 semi-automatic, 40 caliber handgun, bearing serial number BPAK846, and approximately 17 rounds of ammunition.

Dkt. # 63.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On July 2, 2025, the Court entered a Preliminary Order of Forfeiture, finding the Subject Property forfeitable pursuant to 18 U.S.C. § 924(d)(1), by way of 28 U.S.C. § 2461(c), and forfeiting Defendant Feazell's interest in it (Dkt. No. 48);

Final Order of Forfeiture - 1
*United States v. Feazell,* CR24-181-JHC

- Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(l) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt. No. 49);

- The United States also sent, by means reasonably calculated to reach them, notice and a copy of the Preliminary Order of Forfeiture to two individuals who were identified as potential claimants, as required by Fed. R. Crim. P. Rule 32.2(b)(6)(A) and Supplemental Rule G(4)(b)(iii)-(v) of the Supplemental Rules for Certain Admiralty and Maritime Claims (*See* Declaration of AUSA Krista K. Bush in Support of Motion for a Final Order of Forfeiture ("Bush Decl.") ¶¶ 2-4, Exhibits A-B);

- The United States has used all available efforts to provide notice to identified potential claimants (*see id.* ¶¶ 2-5, Exhibits A-B); and,

- The time period for filing third-party petitions has expired and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1.     No right, title, or interest in the Subject Property exists in any party other than the United States;

2.     The Subject Property is fully and finally condemned and forfeited, in its entirety, to the United States; and

//

//

//

//

Final Order of Forfeiture - 2
*United States v. Feazell,* CR24-181-JHC

3.    The United States Department of Justice, the Federal Bureau of Investigation, and/or their representatives, are authorized to dispose of the Subject Property in accordance with the law.

IT IS SO ORDERED.

DATED this 8th day of April, 2026.

John H. Chun
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture - 3
*United States v. Feazell,* CR24-181-JHC